# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1772
Lower Tribunal No. 2024-CC-000217

_____

RICHARD E. DEFINO,

Appellant,

v.

PERIODONTAL & IMPLANT DENTISTRY,

Appellee.

_____

Appeal from the County Court for Collier County.
Michael J. Brown, Judge.

November 26, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WOZNIAK, MIZE and GANNAM, JJ., concur.


Richard E. DeFino, Naples, pro se.

Joseph A. Davidow, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED